**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x
**In Re:**  Chapter 7
**Dalton Alexis**  Case No 09-23943
_____x
**Dalton Alexis**
    Plaintiff,
    vs  Adv. Case No. 10- 8221
**American Servicing Company**
    Defendant,
_____x

<u>CERTIFICATE OF SERVICE</u>

   I, Joshua N. Bleichman, an attorney admitted to practice before this court affirms under the penalties of perjury that I am not a party to this action and that I am over the age of 18 years old. I served the within Summons and Complaint on February 23, 2010 depositing a true copy thereof by Certified Mail or in a post-paid wrapper, placing it in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, first class mail, addressed to the following persons:

American Servicing Company
PO Box 10928
Des Moines, IA 50306

                                          /s/    Joshua N. Bleichman
                                                        Joshua N. Bleichman
                                                        268 Route 59 West
                                                        Spring Valley, NY 10977
                                                        845-425-2510