UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

―――――――――――――――――――――x
In Re:                                    Chapter 7
Dalton Alexis                             Case No 09-23943
―――――――――――――――――――――x
Dalton Alexis
      Plaintiff,
  vs                                    Adv. Case No. 10-08221
American Servicing Company
      Defendant,
―――――――――――――――――――――x

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for Plaintiff Dalton Alexis and Defendant America's Servicing Company, that the above captioned adversary proceeding and all claims that were or could have been made therein as against Defendant America's Servicing Company are hereby dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure, in all forums, without costs to any party as against any other party, and with each party bearing its own legal costs and expenses.

**IT IS HEREBY FURTHER AGREED,** that this stipulation may be filed, without further notice, with the Court and may be executed by facsimile.

Dated: May 21, 2010
Spring Valley, NY

| Hogan Lovells US LLP | BLEICHMAN & KLEIN |
|---|---|
| By: /s/ Brian J. Grieco | By: /s/Joshua N. Bleichman |
| Brian J. Grieco | Joshua N. Bleichman |
| Hogna Lovells US LLP | Bleichman & Klein |
| 875 Third Avenue | 268 Route 59 West |
| New York, NY 10022 | Spring Valley, NY 10977 |
| 212-918-3100 | (845) 425-7362 |
| Attorney for Defendant | Attorney for Plaintiff |

**SO ORDERED:**
―――――――――――
Hon. Robert D. Drain